**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE**

**RYAN MATTHEW WILT**                                                   **PETITIONER**

**v.**                                                **CIVIL ACTION NO. 3:12-CV-P196-H**

**COMMONWEALTH OF KENTUCKY et al.**                     **RESPONDENTS**

**MEMORANDUM OPINION**

Petitioner, Ryan Matthew Wilt, filed this action pursuant to 28 U.S.C. § 2254 seeking a writ of habeas corpus (DN 1). On April 20, 2012, the Court ordered that within 30 days, Petitioner must show cause why his petition should not be dismissed for failure to exhaust available state court remedies and to correct the petition to reflect the name of the proper Respondent. That Order warned that failure to respond would result in dismissal.

More than 30 days have passed, and Petitioner has failed to respond to this Court's Order to show cause. Courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Therefore, by separate Order, the Court will dismiss the instant action. *See* FED. R. CIV. P. 41(b) (governing involuntary dismissal).

Date:

cc:     Petitioner, *pro se*
4412.009